# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   Nos. 825 & 826 MAL 2015
                                :
                 Respondent     :
                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
            v.                  :
                                :
                                :
TIMOTHY SCOTT SMITH,            :
                                :
                 Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.